**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311
**Laura Pasqualone**, (State Bar No. 028360)
Direct Dial: 602. 262.5362
E-mail: lpasqualone@lewisroca.com
**Ari Hoffman** (State Bar No. 036657)
Direct Dial: 602.262.0851
Email: Ahoffman@lewisroca.com
*Attorneys for Defendant Higher Ground*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mohammed Al Sammak,<br><br>           Plaintiff,<br><br>      v.<br><br>Higher Ground, a Resource Center,<br><br>           Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL** |

In accordance with 28 U.S.C. §§ 1331, 1367(a), 1441 and 1446, Defendant Higher Ground, a Resource Center hereby removes this action from the Superior Court of the State of Arizona in and for the County of Pima (Case No. 20244401) to the United States District Court for the District of Arizona.

This action is removable because the Complaint contains a cause of action for "retaliation because of protected conduct" under "Title VII of the Civil Rights Act of 1964, as amended" (Complaint at ¶¶ 6, 80). Such claims are governed by 42 U.S.C. § 2000e et seq., and this Court therefore has original jurisdiction over them under 28 U.S.C. § 1331. The federal court also has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the state-law claims because the state law claims are closely related to the federal claims in that they all relate to the alleged circumstances of Plaintiff's employment and termination from Defendant.  Accordingly, this action is removable under U.S.C. §§ 1441 and 1446.

126451380.1

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

LEWIS ROCA

Defendant Higher Ground, a Resource Center did not receive a copy of Plaintiff Mohammed Al-Sammak's complaint until October 3, 2024. This notice of removal is therefore timely under 28 U.S.C. § 1446(b). There are no other defendants named in this action, and therefore no additional consent is required.

In accordance with LRCiv 3.6, a copy of each of the following documents is separately attached hereto and filed herewith: (1) Supplemental Civil Cover Sheet; (2) the most recent state-court docket; (3) the operative complaint; (4) service documents; (5) answers; (6) state-court orders terminating or dismissing parties; (7) notices of appearance; (8) pending motions, responses and replies; (9) remainder of state court record; and (10) verification of the removing party or its counsel that true and correct copies of all pleadings and other documents filed in the state court proceedings have been filed.

A copy of this notice has been filed with the clerk of the state court from which the action has been removed.

DATED this 4th day of November, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: _/s/ Ari Hoffman_
Laura Pasqualone
Ari Hoffman
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2024, a true and correct copy of the foregoing NOTICE OF REMOVAL was filed via the CM/ECF system and was served upon the following:

Mohammed Al-Sammak
3525 E. 3RD STREET, APT. 205
Tucson AZ 85716
Email: mohammedml981@gmail.com
*Plaintiff*

By: _/s/ Christina Neely_

2

126451380.1